**John PRAPOTNIK, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 67036.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, John Prapotnik, appeals from an order entered in the Circuit Court of Jefferson County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's order pursuant to Rule 84.16(b).

**Dennis E. SMITH, Petitioner/Respondent,**

v.

**Karen A. SMITH, Respondent/Appellant.**

No. 66660.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Irwin M. Roitman, Clayton, for appellant.

Ralph A. Dobberstein, Nathan S. Cohen, Guardian Ad Litem, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

ORDER

PER CURIAM.

Wife appeals the custody provision of a dissolution decree awarding Husband legal and physical custody of the parties' two minor children. We have reviewed the briefs filed by the parties and the record on appeal and find the trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).